UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

No. 24-1581

---

JOHN W. FINK,
    Appellant

v.

JONATHAN L. BISHOP; KAYDON A. STANZIONE;
JOSEPH M. TROUPE; STEVEN W. DAVIS; SUEZ WTS USA INC.;
JOHNSON CONTROL SECURITY SOLUTIONS LLC; EDGELINK, INC.;
PRAXIS TECHNOLOGIES CORPORATION; J. PHILIP KIRCHNER;
FLASTER/GREENBERG P.C.; PRAXIS TECHNOLOGIES, INC.

---

(D.C. Civ. No. 1-23-cv-00566)

---

SUR PETITION FOR REHEARING

---

Present: CHAGARES, Chief Judge, JORDAN, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, and SCIRICA*, Circuit Judges

   The petition for rehearing filed by Appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the

---

*As to panel rehearing only.

circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

                                                  BY THE COURT,

                                                  <u>s/Anthony J. Scirica</u>
                                                  Circuit Judge

Dated: September 18, 2024
Tmm/cc: John W. Fink
       John D. Kutzler, Esq.
       Thomas J. Donlon, Esq.
       Eugene D. Kublanovski, Esq.
       Daniel A. Malet, Esq